UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PEGGY M. HAIRSTON ROBINSON

VERSUS

STATE OF LOUISIANA DEPARTMENT

CIVIL ACTION

NO. 02-979-JJB

## ORDER

IT IS ORDERED that plaintiff's motion for Rule 11 Sanction (doc. 77) be stricken from the record. This matter was closed over three years ago. The relief sought is not properly directed at this court.

Baton Rouge, Louisiana, May 21st, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA